IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT M. MUMMA, II, ET AL. : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 09-4765 |
| WACHOVIA BANK, N.A., : | |
| a/k/a WACHOVIA BANK : | |

**O R D E R**

AND NOW, this  2nd  day of  March , 2016, upon consideration of Defendant Wachovia Bank, N.A.'s Motion to Dismiss the Amended Complaint (ECF No. 15), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED**. All claims against Defendant are **DISMISSED**. The Clerk of Court is directed to mark this case closed.

IT IS SO ORDERED.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**